Circuit denied. *Florence E. Moore* for petitioner. *Mr. John J. McDonald* for respondents.

No. 515. SPENCER KELLOGG & SONS, INC., *v.* NAVIGAZIONE GENERALE ITALIANA. November 22, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. D. Roger Englar* for petitioner. *Mr. Homer L. Loomis* for respondent.

No. 517. WESTCHESTER FIRE INS. CO. *v.* JOHN CONLON COAL CO. November 22, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Horace M. Schell* and *Charles B. Waller* for petitioner. No appearance for respondent.

Nos. 521 and 522. JENSEN ET AL. *v.* LORENZ ET AL. November 22, 1937. Petition for writs of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. C. Russell Riordon, Charles E. Riordon,* and *Marston Allen* for petitioners. *Messrs. Thomas J. MacKavanagh* and *Carlton Hill* for respondents.

No. 524. CORRADO SOCIETA ANONIMA DI NAVIGAZIONE *v.* L. MUNDET & SON, INC. November 22, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Homer L. Loomis* and *Howard H. Yocum* for petitioner. *Messrs. Henry N. Longley* and *Ezra G. Benedict Fox* for respondent.